

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-222-J-25PDB
21 U.S.C. § 841(a)(1)

DUSTIN WHITTAKER

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about August 16, 2017, in the Middle District of Florida, the defendant,

DUSTIN WHITTAKER

did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, which violation involved 50 grams or more of pure/actual methamphetamine, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

1

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant, DUSTIN WHITTAKER, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  If any of the property described above, as a result of any acts or omissions of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

          W. STEPHEN MULDROW
          Acting United States Attorney

By: *Julie Hackenberry*
          JULIE HACKENBERRY
          Assistant United States Attorney

By: *[signature]*
          FRANK M. TALBOT
          Assistant United States Attorney
          Chief, Jacksonville Division